IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**NICHOLAS WELLS,** :
**AIS # 207770,**
 :
    **Petitioner,**
 :
vs.     CA 12-0106-CG-C
 :
**STATE OF ALABAMA,**
 :
    **Respondent.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 28, 2012 is ADOPTED as the opinion of this Court.

**DONE and ORDERED** this 26th day of March, 2012.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE