IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS WELLS,** <br> **AIS # 207770,** <br><br> Petitioner, <br><br> vs. <br><br> **STATE OF ALABAMA,** <br><br> Respondent. | : <br> : <br> : <br> : CA 12-0106-CG-C <br> : <br> : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 26th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE