IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**NICHOLAS WELLS,** :
**AIS # 207770,**
                                                      :
    **Petitioner,**
                                                      :
vs.                                         CA 12-0106-CG-C
                                                      :
**STATE OF ALABAMA,**
                                                      :
    **Respondent.**

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

    **DONE and ORDERED** this 26th day of March, 2012.

                                                  /s/  Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE